**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2019

*By ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Wagner and Marc Lawrence*, 19 Cr. 437 (AKH)

Dear Judge Hellerstein:

    I write on consent (Assistant U.S. Attorney Jilan Kamal and Mr. Lawrence's counsel, Andrew M. St. Laurent) to respectfully request that the Court adjourn the conference currently scheduled for September 26, 2019, at 11:00 a.m. for a period of around 60 days. The reason for the request is that the discovery in this case is extremely voluminous (with over 350,000 pages of documents), and I need additional time to review it before being in a position to inform the Court whether there are pre-trial motions to be filed. Both defendants in this case are out on bail.

    If the Court grants the adjournment, I respectfully request (again on consent) that the Court exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:    Jilan Kamal, Esq., by ECF
        Sagar Ravi, Esq., by ECF
        Andrew M. St. Laurent, by ECF