# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2019

*By ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
11.25.19
/s/ Hellerstein

Re:   *United States v. David Wagner*, 19 Cr. 437 (AKH)

Dear Judge Hellerstein:

I write on consent (Assistant U.S. Attorney Sagar Ravi and U.S. Pretrial Services Officer Francesca Tessier-Miller) to respectfully request that the Court modify Mr. Wagner's travel restrictions to allow him to travel to the District of New Hampshire. Mr. Wagner, who lives in Rhode Island, has started a new job which will require occasional travel to New Hampshire.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Jilan Kamal, Esq., by ECF
Sagar Ravi, Esq., by ECF
Francesca Tessier-Miller, U.S. Pretrial Services Officer, by e-mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19