# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2020

January 29, 2020

By ECF

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
1.31.2020
/s/ AKHellerstein

Re:   *United States v. David Wagner*, 19 Cr. 437 (AKH)

Dear Judge Hellerstein:

    I write on consent (Assistant U.S. Attorney Sagar Ravi and Pretrial Services Officer Francesca Tessier Miller) to respectfully request that the Court modify the conditions of Mr. Wagner's release by removing his electronic bracelet while he is hospitalized.

    David Wagner's current bail conditions include a a curfew, which requires Mr. Wagner to be home between the hours of 2:00 a.m. and 7:00 a.m., enforced by electronic monitoring. Mr. Wagner is scheduled to have bariatric surgery on February 5, 2020, which will require a stay of several days in the hospital.

    I respectfully request that the Court suspend the electronic monitoring condition while Mr. Wagner is hospitalized, and direct the Pretrial Services Office to reattach the bracelet after Mr. Wagner returns home to recuperate.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Jilan Kamal and Sagar Ravi, Esqs., by ECF
      Francesca Tessier-Miller, U.S. Pretrial Services Officer, by e-mail