UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
   United States of America,

                  -v-                           **SCHEDULING ORDERS**

   David Wagner,

                                            19 Cr. 437 (AKH)

                    Defendants.
------------------------------------------------------- x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The parties are hereby ordered to appear for a telephonic change of plea hearing on September 21, 2020, at 11:00 a.m., which conference will be held via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

        SO ORDERED.

Dated:        New York, New York
                 September 21, 2020

                                                          ALVIN K. HELLERSTEIN, U.S.D.J.