UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

DAVID WAGNER,

           Defendant.

**SCHEDULING ORDER**

19 Cr. 437(AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties are hereby ordered to appear for a sentencing on January 11, 2021 at 11:00a.m., which sentencing will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

    To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

    Finally, no later than January 8, 2021, at 5:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

    SO ORDERED.

Dated:    January 8, 2021        _____/s/_____
           New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge