**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2022

*By ECF*

The request is granted. So ordered.
/s/ Alvin K. Hellerstein
January 21, 2022

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Wagner*, 19 Cr. 437 (AKH)

Dear Judge Hellerstein:

    I write to respectfully request that the Court allow the Federal Defenders of New York to withdraw as counsel for Mr. Wagner. Mr. Wagner has moved under 28 U.S.C. § 2255 to vacate his sentence based on an assertion that our office provided ineffective representation. *See* Dkt. No. 143. Under these circumstances, it would be inappropriate for our office to provide continued representation to Mr. Wagner, and I respectfully request permission to withdraw as counsel.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Jilan Kamal and Sagar Ravi, Esqs., by ECF
      Mr. David Wagner, FCI Otisville