UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

DAVID WAGNER,

                            Defendant.

**ORDER**

19 Cr. 437 (AKH)

DAVID WAGNER,

                            Petitioner.

    -against-

UNITED STATES OF AMERICA,

                            Respondent.

22 Civ. 360

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant requests a copy of my order requiring him to submit a waiver of attorney-client privilege. *See* 19 Cr. 437, ECF No. 158. That order resolved the Government's motion at ECF No. 157. Defendant represents he did not receive any docket entries between January 21, 2022 and April 12, 2022.

        The Clerk shall mail a copy of this order and two copies of my order at ECF No. 158 to the Defendant at his current address: David Wagner, ID#12143-070, FCI Otisville, Satellite Camp, P.O. Box 1000, Otisville, NY 10963. Defendant's time to return the order is extended to June 16, 2022.

        The Clerk shall terminate ECF No. 157 in 19 Cr. 437 and ECF No. 9 in 22 Civ. 360.

        SO ORDERED.

Dated:    April 21, 2022                          _/s/ Alvin K. Hellerstein_____
             New York, New York              ALVIN K. HELLERSTEIN
                                                         United States District Judge