UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------:
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
     -against-                                  :       **ORDER**
                                                                        :
DAVID WAGNER,                                                           :       19 Cr. 437 (AKH)
                                                                        :
                   Defendant.   :       22 Civ. 360 (AKH)
                                                                        :
                                                                        :
DAVID WAGNER,                                                           :
                                                                        :
                   Petitioner.  :
     -against-                                  :
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                   Respondent.  :
                                                                        :
------------------------------------------------------------------------X

Alvin K. Hellerstein, U.S.D.J.:

        On February 28, 2022 Petitioner filed a motion to appoint legal counsel.  *See* 22 Civ. 360, ECF No. 6.  Petitioner previously made the same motion, which I denied on February 17, 2022.  *See* 19 Cr. 437, ECF Nos. 150, 152.  In his latest motion, Petitioner offers no reason for me to change my prior ruling.  The motion is therefore denied.

        The Clerk shall send a copy of this order, along with ECF No. 152 in 19 Cr. 437, to Petitioner.  The Clerk shall terminate ECF No. 6 in 22 Civ. 360.

        SO ORDERED.

Dated:  April 25, 2022                        __/s/ Alvin K. Hellerstein_____
          New York, New York               ALVIN K. HELLERSTEIN
                                                      United States District Judge